UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN P. BRENTON | : | |
| Plaintiff | : | CIVIL ACTION NO. 17-89 |
| v. | : | (JUDGE MANNION) |
| F.M. KIRBY CENTER FOR THE PERFORMING ARTS | : | |
| | : | |
| Defendant | | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The defendant F.M. Kirby Center for the Performing Arts' motion for summary judgment (Doc. 29) is **GRANTED**;

**(2)** The Clerk of Court is directed to enter judgment in favor of the defendant and against the plaintiff; and

**(3)** The Clerk of Court is further directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 30, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-89-01-Order.docx