## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JOAN P. BRENTON            :

       Plaintiff           :      **CIVIL ACTION NO. 3:17-89**

    v.                     :        **(JUDGE MANNION)**

F.M. KIRBY CENTER FOR THE  :
PERFORMING ARTS

                           :

       Defendant

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    **(1)** The Brenton's motion for reconsideration, (Doc. 47), is **GRANTED**;

    **(2)** The Clerk of Court is directed to **REOPEN THE CASE**;

    **(3)** Count I of the amended complaint, (Doc. 19), is **REINSTATED.**

                         *s/ Malachy E. Mannion*
                         **MALACHY E. MANNION**
                         **United States District Judge**

**DATE: February 26, 2020**
17-18-02-Order